413

KENYON INTERNATIONAL
EMERGENCY SERVICES,
INC., Plaintiff–Appellant

v.

Mark MALCOLM; Grady Bray; Ronald Crane, Jr.; Disaster Management International Corporation; Bray Associates; Crisis Human Services, Inc; Marjorie Bray; Leah Hawley; Kathy Rock; James Fairbrother; Sharon Fairbrother, Defendants–Appellees.

No. 10–20461.

United States Court of Appeals,
Fifth Circuit.

April 7, 2011.

Dax O. Faubus, Esq., Faubus & Scarborough, L.L.P., William David George, Connelly Baker Wotring L.L.P., Houston, TX, for Plaintiff–Appellant.

Matt Dudley McCormick, Moak & Moak, P.C., Huntsville, TX, Fritz Barham Lewis, Jr., Ogletree Deakins, Lawrence J. Behrmann, Esq., Behrmann Law Firm, P.C., Houston, TX, for Defendants–Appellees.

Before GARWOOD, GARZA, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.